# IN THE SUPREME COURT OF THE STATE OF NEVADA

LOREN K. BRAZELL,
                   Appellant,
vs.
DEBRA BRAZELL, N/K/A DEBRA
BEMENT,
                   Respondent.

No. 70773

**FILED**

AUG 2 2 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order setting an evidentiary hearing regarding a motion to find appellant in contempt and denying a motion to find appellant to be a vexatious litigant. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed in relation to the motion seeking to find appellant in contempt, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987).

In addition, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for

16-25946

an appeal from an order denying a motion to find a party to be a vexatious litigant. Moreover, appellant is not aggrieved by the order. *See* NRAP 3A(a); *Valley Bank of Nevada v. Ginsburg*, 110 Nev. 440, 874 P.2d 729 (1994). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. Frances Doherty, District Judge, Family Court Division
      Loren K. Brazell
      Silverman, Decaria & Kattelman, Chtd.
      Washoe District Court Clerk

---

[1]We deny as moot respondent's motion to dismiss.

SUPREME COURT
OF
NEVADA

(O) 1947A